FILED

2022 Oct-11  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:21-cv-01209-AMM** |
| Metropolitan Transportation Authority, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Blue Cross and Blue Shield of Alabama, *et al.*,<br>　　　　　　　　Defendants. | **No. 2:22-cv-00265-RDP** |
| JetBlue Airways Corporation, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:22-cv-00558-GMB** |

## NOTICE OF APPEARANCE

Please take notice that Evan R. Chesler of Cravath, Swaine & Moore

LLP hereby appears as counsel of record for Defendants Blue Cross and Blue

Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue

Shield of Arizona, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue

Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of Tennessee,

Inc.; California Physicians' Service, d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); and Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa).

Dated:  October 11, 2022

CRAVATH, SWAINE & MOORE LLP

by    */s/ Evan R. Chesler*
Evan R. Chesler

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(202) 474-1000

*Attorney for Defendants Blue Cross and Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue*

2

*Shield of North Carolina; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa)*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have, on this 11th day of October, 2022, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

CRAVATH, SWAINE & MOORE LLP

by  */s/ Evan R. Chesler*
Evan R. Chesler

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(202) 474-1000