IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

*Alaska Air Group, Inc., et al.*,

    Plaintiffs,

v.

*Anthem, Inc., f/k/a WellPoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, et al.*,

    Defendants.

Case No. 2:21-cv-01209-RDP

---

*JetBlue Airways Corporation, et al.*,

    Plaintiffs,

v.

*Anthem, Inc., f/k/a WellPoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, et al.*,

    Defendants.

Case No. 2:22-cv-00558-RDP

**SUPPLEMENT TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' PARTIAL MOTION
TO DISMISS ON THE STATUTE OF LIMITATIONS**

{B4475398}

The Alaska Air Subscribers' opposition to Defendants' partial motion to dismiss on the statute of limitations collects "Defendants' own statements, conduct, and judicial admissions [that] … directly contradict the position that they now advance in their motion." (*Alaska Air* Doc. 232, p. 2; *JetBlue* Doc. 158, p. 2). Among such evidence, *id.* at §§ III and IV, the Alaska Air Subscribers omitted Defendants' admission from 2013 that the nationwide injunctive relief class in the *Cerven* complaint[1] "encompasses both large and small groups that self-insure." (MDL Doc. 120, p. 49). In the same brief, Defendants also stated that "[t]he 37 Blue Plans collectively provide insurance coverage to 100 million …Americans." (*Id.* at p. 1). This 100 million number can only be reached if all self-insured covered lives are included. Thus, Defendants admitted that the term "health insurance" necessarily includes the services provided to self-insured plans. Both of these admissions flatly contradict Defendants' argument that "[n]o prior Subscriber-track complaint filed in the MDL asserted any claims on behalf of ASOs; rather the prior complaints asserted claims only on behalf of fully-insured subscribers." (*Alaska Air* Doc. 134, p. 6 and *JetBlue* Doc. 97, p. 6 (citing *Cerven* Compl.; MDL Doc. 85)). These admissions also further demonstrate why Defendants' motion should be denied, because they cannot show "beyond doubt that Defendants had no notice of Plaintiffs' claims and Plaintiffs were not included the Subscriber Class case until the FAC was filed on November 2, 2020." (*Alaska Air* Doc. 232, p. 20; *JetBlue* Doc. 158, p. 20).

---

[1] *Cerven v. Blue Cross and Blue Shield of N.C.,* No. 5:12-cv- 00017 (W.D.N.C. Feb. 7, 2012), Doc. 1.

{B4475398}                                2

This the 15th day of December, 2022.

        Respectfully submitted,

        By: */s/ Benjamin T. Presley*
        Jay M. Ezelle
        H. Thomas Wells, III
        Benjamin T. Presley
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, 7th Floor
        Birmingham, AL 35209
        Tel: (205) 868-6000
        Email:  jezelle@starneslaw.com
                  twells@starneslaw.com
                  bpresley@starneslaw.com

*Counsel for the Plaintiffs*

        By: */s/ Paul E. Slater*
        Paul E. Slater
        Joseph M. Vanek
        David P. Germaine
        Eamon P. Kelly
        SPERLING & SLATER, P.C.
        55 West Monroe Street, Suite 3200
        Chicago, Illinois 60603
        Tel:    (312) 641-3200
        Email: pes@sperling-law.com
                jvanek@sperling-law.com
                dgermaine@sperling-law.com
                ekelly@sperling-law.com

        By: */s/ Phillip F. Cramer*
        Phillip F. Cramer
        SPERLING & SLATER, P.C.
        150 3rd Avenue South, Suite 1100
        Nashville, TN 37203
        (312) 641-3200
        Fax: (312) 641-6492
        Email: pcramer@sperling-law.com

*Counsel for JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, The*

*Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan, and North Central States Regional Council of Carpenters' Health Fund*

*Alaska Airlines, Inc.; Alaska Airlines, Inc. Welfare Benefit Plan; Alaska Air Group, Inc. Welfare Benefit Plan; Horizon Air Industries, Inc.; Horizon Air Industries, Inc. Welfare Benefit Plan; Employee Benefit Plan for Employees of Horizon Air Industries, Inc.; Employee Benefit Plan for Full-Time and Part-Time Employees Horizon Air Industries, Inc.; Big Lots, Inc.; Big Lots Associate Benefit Plan; Conagra Brands, Inc.; ConAgra Foods, Inc. Welfare Benefit Wrap Plan; The Federal Express Corporation; FedEx Freight, Inc.; The Federal Express Corporation Group Health Plan; The FedEx Corporation Group Health Plan; FedEx Corporation Retiree Group Health Plan; The Federal Express Corporation Retiree Group Health Plan; The Federal Express Corporation Group Health Plan for Pilots; The Federal Express Corporation Retiree Group Health Plan for Pilots; FedEx Group Health Plan; JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan; Kellogg Company; Kellogg Company Welfare Benefit Plan; Kellogg Company Retiree Welfare Benefit Plan; The Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan; McLane Company, Inc. McLane Company, Inc. Welfare Plan; Meijer Inc. including its affiliates Meijer Great Lakes LP, Meijer Stores LP, and Town Total Health LLC; Meijer Health Benefits Plan; North Central States Regional Council of Carpenters' Health Fund; Publix Super Markets, Inc.; Publix Super Markets, Inc. Group Health Benefit Plan; United Natural Foods, Inc., including its affiliates SUPERVALU, INC.. and Unified Grocers, Inc. ("UNFI"); UNFI Health and Welfare Plan; Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund; Ohio Carpenters' Health Fund; SEIU Local 1 & Participating Employers Health Trust; The Local No. 1 Health Fund; Plumbers' Welfare Fund, Local 130, U.A.; The Sheet Metal Workers Local 73 Welfare Fund; Chicago*

{B4475398}                                    4

*Painters and Decorators Welfare Fund; The Carpenters and Joiners Welfare Fund; Heartland Health & Wellness Fund; GuideStone Financial Resources; GuideStone group Plan; GuideStone Personal Plan; Church Pension Group Services Corporation; General Board of Pension and Health Benefits of the United Methodist Church; Concordia Plan Services; Concordia Health Plan; Portico Benefits Services (the Evangelical Lutheran Church in America's benefit board); Christian Brothers Services (a church plan benefits board created by the Christian Brothers religious order); Christian Brothers Employee Benefit Trust; The Board of Pensions of the Presbyterian Church U.S.A.; The Benefits Plan of the Presbyterian Church (U.S.A.); Employee Benefits Plan of MBM Corporation; and the MBM Corporation*

By: */s/ J. Scott Hickman*
J. Scott Hickman
Eric G. Osborne
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
Fax: (615) 742-4539
Email: shickman@srvhlaw.com
eosborne@srvhlaw.com

*Counsel for The Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan, and North Central States Regional Council of Carpenters' Health Fund*

*Counsel for The Boeing Company; Employee Benefits Plan Committee of The Boeing Company, as the plan administrator and named fiduciary of The Boeing Company Master Welfare Benefit Plan; Bridgestone Americas, Inc.; Bridgestone Americas, Inc. Employee Group Insurance Plan; Bridgestone Americas, Inc. Retiree Medical Plan; CHS/Community Health Systems Inc., sponsor and administrator of the Community Health Systems Group Health Plan; Dollar General Corporation;*

*Dollar General Health Plan (a component of the Dollar General Corporation Employee Benefits Plan); The Federal Express Corporation; FedEx Freight, Inc.; The Federal Express Corporation Group Health Plan; The FedEx Corporation Group Health Plan; FedEx Corporation Retiree Group Health Plan; The Federal Express Corporation Retiree Group Health Plan; The Federal Express Corporation Group Health Plan for Pilots; The Federal Express Corporation Retiree Group Health Plan for Pilots; FedEx Group Health Plan; Tractor Supply Company; Tractor Supply Medical Plan*

By: */s/ Jason A. Zweig*
Jason A. Zweig
Patrick Huber
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 216-8667
Email: jaz@kellerpostman.com
         patrick.huber@kellerpostman.com

*Counsel for JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, McLane Foodservice Distribution, Inc., and Employee Benefits Plan of MBM Corporation*

*Counsel for Alaska Airlines, Inc.; Alaska Airlines, Inc. Welfare Benefit Plan; Alaska Air Group, Inc.; Alaska Air Group, Inc. Welfare Benefit Plan; Horizon Air Industries, Inc.; Horizon Air Industries, Inc. Welfare Benefit Plan; Employee Benefit Plan for Employees of Horizon Air Industries, Inc.; Employee Benefit Plan for Full-Time and Part-Time Employees Horizon Air Industries, Inc.; American Electric Power Service Corporation; American Electric Power System Comprehensive Medical Plan; Big Lots, Inc.; Big Lots Associate Benefit Plan; Burlington Northern Santa Fe LLC (f/k/a Burlington Northern Santa Fe Corp.); Burlington Northern Santa Fe Corporation Group Benefits Plan; Burlington Northern Santa Fe Corporation Welfare Benefit Trust; FedEx Corporation; The Federal*

{B4475398}                                       6

*Express Corporation; FedEx Freight, Inc.; The Federal Express Corporation Group Health Plan; The FedEx Corporation Group Health Plan; FedEx Corporation Retiree Group Health Plan; The Federal Express Corporation Retiree Group Health Plan; The Federal Express Corporation Group Health Plan for Pilots; The Federal Express Corporation Retiree Group Health Plan for Pilots; FedEx Group Health Plan; McLane Company, Inc.; McLane Company, Inc. Welfare Plan; Employee Benefits Plan of MBM Corporation; and the MBM Corporation*

*/s/ William J. Blechman*
William J. Blechman
Joshua B. Gray
Elizabeth B. Honkonen
KENNY NACHWALTER, P.A.
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email:  wjb@knpa.com
            jgray@knpa.com
            ebh@knpa.com

*Counsel for US Foods, Inc.*

*Counsel for Albertsons Companies Inc.; New Albertsons L.P.; Albertson's LLC; New Albertson's Inc.; Safeway Inc.; Albertsons Companies, Inc. Health and Welfare Plan, f/k/a Albertson's LLC Health & Welfare Plan; New Albertson's Inc. Health and Welfare Plan; Hy-Vee Inc.; Hy-Vee and Affiliates Benefit Plan and Trust; The Kroger Co.; 84.51 LLC; Murray's Cheese LLC; The Kroger Co. Health and Welfare Benefit Plan; 84.51 LLC Health & Welfare Plan; Walgreen Co.; US Foods Holding Corporation; US Foods, Inc.; US Foods Health & Welfare Plan; Walgreen Health and Welfare Plan (Plan No. 501) f/k/a Walgreen Major Medical Expense Plan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          *s/ Benjamin T. Presley*
                                          Benjamin T. Presley (ASB-0136-I71P)