## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Anthem Inc., et al.,<br><br>Defendants. | Civil Case No. 2:21-cv-01209-RDP |

## MOTION TO WITHDRAW

Joshua K. Payne of Spotswood Sansom & Sansbury LLC hereby moves to withdraw as counsel for Defendant Capital Blue Cross in the above-captioned case. The other attorneys of record of Spotswood Sansom & Sansbury LLC will continue to represent Defendant Capital Blue Cross in this matter. No party will be prejudiced by this withdrawal.

DATED: March 31, 2023

*/s/ Joshua K. Payne*
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
Joshua K. Payne (PAY 024)
Jess R. Nix (NIX 014)
Morgan B. Franz (FRA 061)
SPOTSWOOD SANSOM & SANSBURY
LLC
The Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
TEL:  (205) 986-3620
FAX: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mfranz@spotswoodllc.com

*Attorneys for Defendant Capital Blue Cross*

2

## CERTIFICATE OF SERVICE

I certify that on March 31, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Joshua K. Payne
OF COUNSEL