FILED

2023 Aug-07  PM 08:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:21-cv-01209- RDP** |
| JetBlue Airways Corporation, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:22-cv-00558- RDP** |
| Bed Bath & Beyond Inc., *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:22-cv-01256-RDP** |

## PARTIES' JOINT SUBMISSION REGARDING PROPOSED AGENDA FOR STATUS CONFERENCE ON AUGUST 9, 2023, AT 9:30 A.M.

COME NOW, the Parties to the above-captioned actions and, pursuant to the Court's July 25, 2023 Orders (Dkts. 325, 247, 230, respectively), file this Joint Submission Regarding a Proposed Agenda for the Court's Status Conference on August 9, 2023 at 9:30 a.m., before the Honorable R. David Proctor in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama, as follows:

1.　　　　Status of the *Alaska Air*, *Jet Blue*, and *Bed Bath and Beyond* ASO opt-out actions.

2.      Potential discovery disputes—Defendants' affirmative defenses; Plaintiffs' damages disclosures; Plaintiffs' structured data requests; Plaintiffs' request for Defendant MDL expert reports; Defendants' request for broker/consultant lists.

3.      Any other issues.

Respectfully submitted this 7th day of August, 2023.

Dated:  August 7, 2023

Respectfully submitted,

By: */s/ Benjamin T. Presley*
Jay M. Ezelle
H. Thomas Wells, III
Benjamin T. Presley
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
Tel: (205) 868-6000
Email: jezelle@starneslaw.com
twells@starneslaw.com
bpresley@starneslaw.com

*Counsel for all Plaintiffs in the Alaska Air and JetBlue cases.*


By: */s/ Paul E. Slater*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Eamon P. Kelly
SPERLING & SLATER, LLC
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel:    (312) 641-3200
Email: pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
ekelly@sperling-law.com

By*: /s/ Phillip F. Cramer*
Phillip F. Cramer
SPERLING & SLATER, LLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37203
(312) 641-3200
Fax: (312) 641-6492
Email: pcramer@sperling-law.com

*Counsel for JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, The Kraft Heinz*

*Company, Kraft Heinz Group Benefits
Plan, Kraft Heinz Retiree Group Benefits
Plan, and North Central States Regional
Council of Carpenters' Health Fund*

*Alaska Airlines, Inc.; Alaska Airlines, Inc.
Welfare Benefit Plan; Alaska Air Group,
Inc. Welfare Benefit Plan; Horizon Air
Industries, Inc.; Horizon Air Industries,
Inc. Welfare Benefit Plan; Employee
Benefit Plan for Employees of Horizon Air
Industries, Inc.; Employee Benefit Plan
for Full-Time and Part-Time Employees
Horizon Air Industries, Inc.; Big Lots,
Inc.; Big Lots Associate Benefit Plan;
Conagra Brands, Inc.; ConAgra Foods,
Inc. Welfare Benefit Wrap Plan; The
Federal Express Corporation; FedEx
Freight, Inc.; The Federal Express
Corporation Group Health Plan; The
FedEx Corporation Group Health Plan;
FedEx Corporation Retiree Group Health
Plan; The Federal Express Corporation
Retiree Group Health Plan; The Federal
Express Corporation Group Health Plan
for Pilots; The Federal Express
Corporation Retiree Group Health Plan
for Pilots; FedEx Group Health Plan;
JetBlue Airways Corporation and JetBlue
Airways Group Health Insurance Plan;
Kellogg Company; Kellogg Company
Welfare Benefit Plan; Kellogg Company
Retiree Welfare Benefit Plan; The Kraft
Heinz Company, Kraft Heinz Group
Benefits Plan, Kraft Heinz Retiree Group
Benefits Plan; McLane Company, Inc.
McLane Company, Inc. Welfare Plan;
Meijer Inc. including its affiliates Meijer
Great Lakes LP, Meijer Stores LP, and
Town Total Health LLC; Meijer Health
Benefits Plan; North Central States
Regional Council of Carpenters' Health
Fund; Publix Super Markets, Inc.; Publix
Super Markets, Inc. Group Health Benefit*

4

*Plan; United Natural Foods, Inc.,
including its affiliates SUPERVALU,
INC.. and Unified Grocers, Inc.
("UNFI"); UNFI Health and Welfare
Plan; Indiana/Kentucky/Ohio Regional
Council of Carpenters Welfare Fund;
Ohio Carpenters' Health Fund; SEIU
Local 1 & Participating Employers
Health Trust; The Local No. 1 Health
Fund; Plumbers' Welfare Fund, Local
130, U.A.; The Sheet Metal Workers
Local 73 Welfare Fund; Chicago Painters
and Decorators Welfare Fund; The
Carpenters and Joiners Welfare Fund;
Heartland Health & Wellness Fund;
GuideStone Financial Resources;
GuideStone group Plan; GuideStone
Personal Plan; Church Pension Group
Services Corporation; General Board of
Pension and Health Benefits of the United
Methodist Church; Concordia Plan
Services; Concordia Health Plan; Portico
Benefits Services (the Evangelical
Lutheran Church in America's benefit
board); Christian Brothers Services (a
church plan benefits board created by the
Christian Brothers religious order);
Christian Brothers Employee Benefit
Trust; The Board of Pensions of the
Presbyterian Church U.S.A.; The Benefits
Plan of the Presbyterian Church (U.S.A.);
Employee Benefits Plan of MBM
Corporation; and the MBM Corporation*

By: */s/ J. Scott Hickman*
J. Scott Hickman
Eric G. Osborne
SHERRARD ROE VOIGT &
HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
Fax: (615) 742-4539
Email: shickman@srvhlaw.com

5

eosborne@srvhlaw.com

*Counsel for The Kraft Heinz Company,
Kraft Heinz Group Benefits Plan, Kraft
Heinz Retiree Group Benefits Plan, and
North Central States Regional Council of
Carpenters' Health Fund*

*Counsel for The Boeing Company;
Employee Benefits Plan Committee of The
Boeing Company, as the plan
administrator and named fiduciary of The
Boeing Company Master Welfare Benefit
Plan; Bridgestone Americas, Inc.;
Bridgestone Americas, Inc. Employee
Group Insurance Plan; Bridgestone
Americas, Inc. Retiree Medical Plan;
CHS/Community Health Systems Inc.,
sponsor and administrator of the
Community Health Systems Group Health
Plan; Dollar General Corporation;
Dollar General Health Plan (a component
of the Dollar General Corporation
Employee Benefits Plan); The Federal
Express Corporation; FedEx Freight,
Inc.; The Federal Express Corporation
Group Health Plan; The FedEx
Corporation Group Health Plan; FedEx
Corporation Retiree Group Health Plan;
The Federal Express Corporation Retiree
Group Health Plan; The Federal Express
Corporation Group Health Plan for
Pilots; The Federal Express Corporation
Retiree Group Health Plan for Pilots;
FedEx Group Health Plan; Tractor
Supply Company; Tractor Supply Medical
Plan*

By: */s/ Jason A. Zweig*
Jason A. Zweig
BARTKO ZANKEL BUNZEL &
MILLER
One Embarcadero Center

6

Suite 800
San Francisco, CA 94111
Email: jzweig@BZBM.com

*Counsel for JetBlue Airways Corporation
and JetBlue Airways Group Health
Insurance Plan, McLane Foodservice
Distribution, Inc., and Employee Benefits
Plan of MBM Corporation*

*Counsel for Alaska Airlines, Inc.; Alaska
Airlines, Inc. Welfare Benefit Plan;
Alaska Air Group, Inc.; Alaska Air
Group, Inc. Welfare Benefit Plan;
Horizon Air Industries, Inc.; Horizon Air
Industries, Inc. Welfare Benefit Plan;
Employee Benefit Plan for Employees of
Horizon Air Industries, Inc.; Employee
Benefit Plan for Full-Time and Part-Time
Employees Horizon Air Industries, Inc.;
American Electric Power Service
Corporation; American Electric Power
System Comprehensive Medical Plan; Big
Lots, Inc.; Big Lots Associate Benefit
Plan; Burlington Northern Santa Fe LLC
(f/k/a Burlington Northern Santa Fe
Corp.); Burlington Northern Santa Fe
Corporation Group Benefits Plan;
Burlington Northern Santa Fe
Corporation Welfare Benefit Trust; FedEx
Corporation; The Federal Express
Corporation; FedEx Freight, Inc.; The
Federal Express Corporation Group
Health Plan; The FedEx Corporation
Group Health Plan; FedEx Corporation
Retiree Group Health Plan; The Federal
Express Corporation Retiree Group
Health Plan; The Federal Express
Corporation Group Health Plan for
Pilots; The Federal Express Corporation
Retiree Group Health Plan for Pilots;
FedEx Group Health Plan; McLane
Company, Inc.; McLane Company, Inc.
Welfare Plan; Employee Benefits Plan of*

7

*MBM Corporation; and the MBM Corporation*

*/s/ William J. Blechman*
William J. Blechman
Joshua B. Gray
Elizabeth B. Honkonen
Kenny Nachwalter, P.A.
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email:  wjb@knpa.com
 jgray@knpa.com
 ebh@knpa.com

*Counsel for US Foods, Inc.*

*Counsel for Albertsons Companies Inc.; New Albertsons L.P.; Albertson's LLC; New Albertson's Inc.; Safeway Inc.; Albertsons Companies, Inc. Health and Welfare Plan, f/k/a Albertson's LLC Health & Welfare Plan; New Albertson's Inc. Health and Welfare Plan; Hy-Vee Inc.; Hy-Vee and Affiliates Benefit Plan and Trust; The Kroger Co.; 84.51 LLC; Murray's Cheese LLC; The Kroger Co. Health and Welfare Benefit Plan; 84.51 LLC Health & Welfare Plan; Walgreen Co.; US Foods Holding Corporation; US Foods, Inc.; US Foods Health & Welfare Plan; Walgreen Health and Welfare Plan (Plan No. 501) f/k/a Walgreen Major Medical Expense Plan*

*/s/ Jon Corey*
Jon Corey
MCKOOL SMITH, PC
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071

(213) 694-1200
jcorey@mckoolsmith.com

John Briody
James Smith
David Schiefelbein
Daniel Hendler
MCKOOL SMITH, PC
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
(212) 402-9400
jbriody@mckoolsmith.com
jsmith@mckoolsmith.com
dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

Lew LeClair
Gary Cruciani
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
lleclair@mckoolsmith.com
gcruciani@mckoolsmith.com

Brenton K. Morris
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205)-278-8000
bmorris@bcattys.com

*Counsel for Bed Bath & Beyond Inc.;
Automobile Club of Southern California;
Darling Ingredients Inc.; Griffin
Industries, LLC; Dillard's, Inc.;
Halliburton Energy Services, Inc.; G4S
Secure Solutions (USA), Inc.; Kimberly-
Clark Corporation; Lincoln National
Corporation; Live Nation Entertainment,
Inc.; Nestlé USA, Inc.; Perdue Farms
Inc.; Pacific Gas and Electric Company;
PG&E Corporation; Raytheon*

9

*Technologies Corporation; Raytheon
Company; Rockwell Collins, Inc.; Rite
Aid Corporation; Rite Aid Hdqtrs. Corp.;
Sterling Jewelers Inc.; Zale Corporation;
Zale Delaware, Inc.; Starbucks
Corporation; Tyson Foods, Inc.; SRZ
Liquidating Trust; Transform Midco LLC;
and General Motors LLC*

Dated:  August 7, 2023

Respectfully submitted,

By */s/ David H. Korn*

Evan R. Chesler
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of*

*Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Elizabeth Jose
W. David Maxwell
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
elizabeth.jose@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington);*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Arizona, Inc.; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.;*

12

*Regence Blue Cross Blue Shield of Oregon*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc.,
and all of its named subsidiaries in this action;
Louisiana Health Service & Indemnity Company
(Blue Cross and Blue Shield of Louisiana);
BCBSM, Inc. (Blue Cross and Blue Shield of
Minnesota); Blue Cross and Blue Shield of South
Carolina; Horizon Healthcare Services, Inc.
(Horizon Blue Cross and Blue Shield of New
Jersey); Blue Cross & Blue Shield of Rhode
Island; Blue Cross and Blue Shield of Vermont;
Cambia Health Solutions, Inc.; Regence Blue
Shield of Idaho; Regence Blue Cross Blue Shield
of Utah; Regence Blue Shield (of Washington);
Regence Blue Cross Blue Shield of Oregon; Blue
Cross & Blue Shield of Mississippi, a Mutual
Insurance Company; Wellmark of South Dakota,
Inc. (Wellmark Blue Cross and Blue Shield of
South Dakota); Wellmark, Inc. (Wellmark Blue
Cross and Blue Shield of Iowa); Hawaii Medical
Service Association (Blue Cross and Blue Shield of
Hawaii); Triple-S Salud, Inc; Defendants Blue
Cross and Blue Shield of Florida, Inc.; Blue Cross*

*California Physicians' Service d/b/a
Blue Shield of California; Wellmark of
South Dakota, Inc. (Wellmark Blue
Cross and Blue Shield of South Dakota);
Wellmark, Inc. (Wellmark Blue Cross
and Blue Shield of Iowa); Hawaii
Medical Service Association (Blue
Cross and Blue Shield of Hawaii)*

Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Pamela B. Slate
HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*With Cravath, Swaine & Moore LLP,
counsel for Defendant Blue Cross Blue
Shield of Alabama*

Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000

*and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this action; Blue Cross and Blue Shield of North Carolina; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera Blue Cross,*

Fax: (312) 862-2200
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; Highmark Western and Northeastern New York Inc. (except with respect to claims by Bed Bath and Beyond Inc. and its affiliates and discovery to Raytheon Technology Corporation and its affiliates and General Motors Company and its affiliates)*

Jonathan M. Redgrave
REDGRAVE, LLP
4800 Westfields Blvd, Suite 250
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants and California Physicians' Service d/b/a Blue Shield of*

14

*d/b/a Premera Blue Cross Blue Shield of Alaska*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

M. Patrick McDowell
Norman E. "Benje" Bailey, Jr.
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI, A MUTUAL INSURANCE
COMPANY

*California*

Todd M. Stenerson
Brian C. Hauser
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com
brian.hauser@shearman.com

Rachel Mossman Zieminski
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@shearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Tel: (313) 259-7777
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Andy P. Campbell
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL PARTNERS LLC
505 North 20th Street, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750

15

P.O. Box 1043
Jackson, MS  39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross & Blue Shield*
*of Mississippi, a Mutual Insurance Company*

Alan D. Rutenberg
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC  20007
Tel: (202) 672-5491
arutenberg@foley.com

Diane R. Hazel
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO  80202
Tel: (720) 437-2034
dhazel@foley.com

Ryan M. Hodinka
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3464
Fax: (205) 488-5848
rhodinka@balch.com

*Counsel for Defendant USAble Mutual Insurance*
*Company, d/b/a Arkansas Blue Cross and*
*Blue Shield and as Blue Advantage Administrators*
*of Arkansas*

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne

Fax: (205) 224-8622
andy@campbellpartnerslaw.com
todd@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com

*Counsel for Defendant Blue Cross and*
*Blue Shield of Michigan*

John DeQ. Briggs
Jeny M. Maier
AXINN, VELTROP & HARKRIDER,
LLP
1901 L Street, N.W.
Washington, DC  20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
jmaier@axinn.com

Kail J. Jethmalani
AXINN, VELTROP & HARKRIDER,
LLP
114 W 47th Street
New York, NY 10036
Tel: (212) 728-2200
Fax: (212) 728-2201
kjethmalani@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5080
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com

16

Jess R. Nix
Morgan B. Franz
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL  35203
Tel: (205) 986-3620
Fax: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com
mfranz@spotswoodllc.com

*Counsel for Defendant Capital Blue Cross*

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL  35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com

*Counsel for Defendants Blue Cross and Blue
Shield of Florida, Inc.; Blue Cross and Blue Shield
of Massachusetts, Inc.; BlueCross BlueShield
of Tennessee, Inc.*

Edward S. Bloomberg
John G. Schmidt Jr.
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY  14203
Tel: (716) 847-8400
Fax: (716) 852-6100

*Counsel for Defendants Independence
Hospital Indemnity Plan, Inc. f/k/a
Independence Blue Cross; Independence
Health Group, Inc.*

Kathleen Taylor Sooy
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com
troman@crowell.com

Sarah Gilbert
Honor Costello
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE
LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203
Tel: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Counsel for Defendants Blue Cross and*

ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

*Counsel for Defendants Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield and Lifetime Healthcare, Inc.*

*Blue Shield of Nebraska; GoodLife Partners, Inc.; Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; HealthyDakota Mutual Holdings; Blue Cross Blue Shield of North Dakota; and Blue Cross Blue Shield of Wyoming*

18

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of August, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

*/s/ Lillian S. Grossbard*
Lillian S. Grossbard