FILED
2024 Mar-18  AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:22-cv-01256-RDP** |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned counsel of record for Defendant Blue Cross Blue Shield Association and respectfully moves this Court, pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, for an order admitting Caitlin J. Bailey, Robert A. DeNunzio, David H. Dowling, Jill E. Greenfield, Daniel L. Ottaunick, Nikol A. Oydanich, Kaitlin S. Phillips, Elizabeth S. Rozbruch and Jay S. Schaefer

("Applicants") to appear *pro hac vice* before this Court in the above-captioned matters.  Undersigned counsel, Mark M. Hogewood, consents to being designated as local counsel.  In support of this motion, the undersigned respectfully states as follows:

1.      Caitlin J. Bailey's state of residence and principal place of practicing law is New York.  She resides in New York, NY.  Ms. Bailey is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  Her telephone number is 212-474-1540, facsimile number is 212-474-3700, and e-mail address is cbailey@cravath.com.  Ms. Bailey was admitted to the New York State Bar in 2022, and she is admitted to practice in the Eastern District of New York (6/28/2022), Southern District of New York (6/7/2022) and Second Circuit Court of Appeals (7/6/2023).  Ms. Bailey remains in good standing and eligible to practice in all courts to which she is admitted.  She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit A** is the Declaration of Caitlin J. Bailey and attached as **Exhibit B** is a Certificate of Good Standing for Caitlin J. Bailey.

2.      Robert A. DeNunzio's state of residence and principal place of practicing law is New York.  He resides in New York, NY.  Mr. DeNunzio is

associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  His telephone number is 212-474-1217, facsimile number is 212-474-3700, and e-mail address is rdenunzio@cravath.com. Mr. DeNunzio was admitted to the New York State Bar in 2022, and he is admitted to practice in the Eastern District of New York (7/25/2022) and the Southern District of New York (7/12/2022).  Mr. DeNunzio remains in good standing and eligible to practice in all courts to which he is admitted.  He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit C** is the Declaration of Robert A. DeNunzio and attached as **Exhibit D** is a Certificate of Good Standing for Robert A. DeNunzio.

3.      David H. Dowling's state of residence and principal place of practicing law is New York.  He resides in New York, NY.  Mr. Dowling is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  His telephone number is 212-474-1098, facsimile number is 212-474-3700, and e-mail address is ddowling@cravath.com. Mr. Dowling was admitted to the New York State Bar in 2021, and he is admitted to practice in the Eastern District of New York (8/5/2021) and the Southern District of New York (7/7/2021).  Mr. Dowling remains in good standing and

eligible to practice in all courts to which he is admitted.  He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit E** is the Declaration of David H. Dowling and attached as **Exhibit F** is a Certificate of Good Standing for David H. Dowling.

4.      Jill E. Greenfield's state of residence and principal place of practicing law is New York.  She resides in Brooklyn, NY.  Ms. Greenfield is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  Her telephone number is 212-474-1295, facsimile number is 212-474-3700, and e-mail address is jgreenfield@cravath.com.  Ms. Greenfield was admitted to the New York State Bar in 2019, and she is admitted to practice in the Eastern District of New York (10/29/2019) and the Southern District of New York (8/12/2019).  Ms. Greenfield remains in good standing and eligible to practice in all courts to which she is admitted.  She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit G** is the Declaration of Jill E. Greenfield and attached as **Exhibit H** is a Certificate of Good Standing for Jill E. Greenfield.

5.      Daniel L. Ottaunick's state of residence and principal place of practicing law is New York.  He resides in New York, NY.  Mr. Ottaunick is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  His telephone number is 212-474-1687, facsimile number is 212-474-3700, and e-mail address is dottaunick@cravath.com. Mr. Ottaunick was admitted to the New York State Bar in 2019, and he is admitted to practice in the Eastern District of New York (2/19/2021) and the Southern District of New York (1/26/2021).  Mr. Ottaunick remains in good standing and eligible to practice in all courts to which he is admitted.  He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit I** is the Declaration of Daniel L. Ottaunick and attached as **Exhibit J** is a Certificate of Good Standing for Daniel L. Ottaunick.

6.      Nikol A. Oydanich's state of residence and principal place of practicing law is New York.  She resides in New York, NY.  Ms. Oydanich is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  Her telephone number is 212-474-1086, facsimile number is 212-474-3700, and e-mail address is noydanich@cravath.com. Ms. Oydanich was admitted to the New York State Bar in 2023, and she is

admitted to practice in the Eastern District of New York (11/16/2023) and the Southern District of New York (11/14/2023).  Ms. Oydanich remains in good standing and eligible to practice in all courts to which she is admitted.  She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit K** is the Declaration of Nikol A. Oydanich and attached as **Exhibit L** is a Certificate of Good Standing for Nikol A. Oydanich.

7.    Kaitlin S. Phillips's state of residence and principal place of practicing law is New York.  She resides in Queens, NY.  Ms. Phillips is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  Her telephone number is 212-474-1556, facsimile number is 212-474-3700, and e-mail address is kphillips@cravath.com.  Ms. Phillips was admitted to the New York State Bar in 2022, and she is admitted to practice in the Eastern District of New York (12/12/2022) and the Southern District of New York (12/6/2022).  Ms. Phillips remains in good standing and eligible to practice in all courts to which she is admitted.  She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support

of this motion, attached as **Exhibit M** is the Declaration of Kaitlin S. Phillips and attached as **Exhibit N** is a Certificate of Good Standing for Kaitlin S. Phillips.

8.      Elizabeth S. Rozbruch's state of residence and principal place of practicing law is New York.  She resides in New York, NY.  Ms. Rozbruch is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  Her telephone number is 212-474-1942, facsimile number is 212-474-3700, and e-mail address is lrozbruch@cravath.com.  Ms. Rozbruch was admitted to the New York State Bar in 2023, and she is admitted to practice in the Southern District of New York (8/1/2023).  Ms. Rozbruch remains in good standing and eligible to practice in all courts to which she is admitted.  She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit O** is the Declaration of Elizabeth S. Rozbruch and attached as **Exhibit P** is a Certificate of Good Standing for Elizabeth S. Rozbruch.

9.      Jay S. Schaefer's state of residence and principal place of practicing law is New York.  He resides in New York, NY.  Mr. Schaefer is associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  His telephone number is 212-474-1936, facsimile number is 212-474-3700, and e-mail address is jschaefer@cravath.com.  Mr. Schaefer was

admitted to the New York State Bar in 2022, and he is admitted to practice in the Southern District of New York (3/5/2024) and the Sixth Circuit Court of Appeals (7/19/2022).  Mr. Schaefer remains in good standing and eligible to practice in all courts to which he is admitted.  He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements.  In support of this motion, attached as **Exhibit Q** is the Declaration of Jay S. Schaefer and attached as **Exhibit R** is a Certificate of Good Standing for Jay S. Schaefer.

10.     The prescribed admission fees are being delivered to the Clerk of Court.

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Caitlin J. Bailey, Robert A. DeNunzio, David H. Dowling, Jill E. Greenfield, Daniel L. Ottaunick, Nikol A. Oydanich, Kaitlin S. Phillips, Elizabeth S. Rozbruch and Jay S. Schaefer to appear *pro hac vice* as counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina, BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross;

8

CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); and Wellmark Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; and Triple-S Salud, Inc.

Dated:  March 18, 2024

Respectfully submitted,

/s/ *Mark M. Hogewood*
Mark M. Hogewood (asb-7651-e36m)
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
mhogewood@wallacejordan.com

*Counsel for Defendant Blue Cross Blue
Shield Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

WALLACE, JORDAN, RATLIFF & BRANDT, LLC

by  */s/ Mark M. Hogewood*

Mark M. Hogewood

First Commercial Bank Building

800 Shades Creek Parkway, Suite 400

Birmingham, AL  35209

(205) 870-0555

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>           Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>           Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>           Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF CAITLIN J. BAILEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Caitlin J. Bailey, hereby declare under penalty of perjury under the laws of the United States of America:

1.     I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2.     I reside in New York, NY.

3.      I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1540, facsimile number is 212-474-3700, and e-mail address is cbailey@cravath.com.

4.      I was admitted to the New York State Bar in 2022, and I am admitted to practice in the Eastern District of New York (6/28/2022), Southern District of New York (6/7/2022) and Second Circuit Court of Appeals (7/6/2023).

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

*/s/ Caitlin J. Bailey*
Caitlin J. Bailey

# Exhibit B



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, *Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Caitlin Joanna Bailey

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 4, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 16, 2024.*

*Acting Clerk of the Court*

*CertID-00160969*



### Appellate Division
### Supreme Court of the State of New York
### Second Judicial Department
### 45 Monroe Place
### Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
ACTING CLERK OF THE COURT

**KENNETH BAND**
DEPUTY CLERKS

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as<br>20230930-DK-Butterfly-1, Inc., *et al.*,<br>        Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>        Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF ROBERT A. DENUNZIO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert A. DeNunzio, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2. I reside in New York, NY.

3.    I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1217, facsimile number is 212-474-3700, and e-mail address is rdenunzio@cravath.com.

4.    I was admitted to the New York State Bar in 2022, and I am admitted to practice in the Eastern District of New York (7/25/2022) and the Southern District of New York (7/12/2022).

5.    I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

/s/ Robert A. DeNunzio
Robert A. DeNunzio

# Exhibit D



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Robert Ames Denunzio

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on April 11, 2022, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on February 16, 2024.*



*Clerk of the Court*

*CertID-00160962*



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>     Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>     Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>     Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF DAVID H. DOWLING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David H. Dowling, hereby declare under penalty of perjury under the laws of the United States of America:

1.  I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2.  I reside in New York, NY.

3.      I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1098, facsimile number is 212-474-3700, and e-mail address is ddowling@cravath.com.

4.      I was admitted to the New York State Bar in 2021, and I am admitted to practice in the Eastern District of New York (8/5/2021) and the Southern District of New York (7/7/2021).

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

*/s/ David H. Dowling*
David H. Dowling

# Exhibit F



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## David Hananiah Dowling

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 22, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on February 16, 2024.*

*Clerk of the Court*

*CertID-00160961*



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# Exhibit G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as<br>20230930-DK-Butterfly-1, Inc., *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF JILL E. GREENFIELD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jill E. Greenfield, hereby declare under penalty of perjury under the laws of the United States of America:

1.　　I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2.　　I reside in Brooklyn, NY.

3.     I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1295, facsimile number is 212-474-3700, and e-mail address is jgreenfield@cravath.com.

4.     I was admitted to the New York State Bar in 2019, and I am admitted to practice in the Eastern District of New York (10/29/2019) and the Southern District of New York (8/12/2019).

5.     I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

/s/ Jill E. Greenfield
Jill E. Greenfield

# Exhibit H



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jill Elizabeth Greenfield

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 18, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on February 16, 2024.



*Clerk of the Court*

*CertID-00160957*



# Supreme Court of the State of New York
## Appellate Division, First Department

| DIANNE T. RENWICK | MARGARET SOWAH |
|---|---|
| PRESIDING JUSTICE | DEPUTY CLERK OF THE COURT |
| SUSANNA MOLINA ROJAS | DOUGLAS C. SULLIVAN |
| CLERK OF THE COURT | DEPUTY CLERK OF THE COURT |

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# Exhibit I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>    Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>    Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>    Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF DANIEL L. OTTAUNICK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel L. Ottaunick, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2. I reside in New York, NY.

3.      I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1687, facsimile number is 212-474-3700, and e-mail address is dottaunick@cravath.com.

4.      I was admitted to the New York State Bar in 2019, and I am admitted to practice in the Eastern District of New York (2/19/2021) and the Southern District of New York (1/26/2021).

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

/s/ Daniel L. Ottaunick
Daniel L. Ottaunick

# Exhibit J



*Appellate Division of the Supreme Court*
*of the State of New York*
*Fourth Judicial Department*

———————

I, *Ann Dillon Flynn*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Daniel Louis Ottaunick

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 9, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Rochester on February 16, 2024.

*Clerk of the Court*

CertID-00160958





**NEW YORK STATE SUPREME COURT**
**APPELLATE DIVISION, FOURTH DEPARTMENT**
**M. DOLORES DENMAN COURTHOUSE**
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247

ANN DILLON FLYNN
CLERK OF THE COURT

ALAN L. ROSS
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Fourth Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Ann Dillon Flynn
Clerk of the Court

Revised September 2021

www.courts.state.ny.us/ad4

# Exhibit K

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>        Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>        Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>        Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF NIKOL A. OYDANICH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Nikol A. Oydanich, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2. I reside in New York, NY.

3.       I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1086, facsimile number is 212-474-3700, and e-mail address is noydanich@cravath.com.

4.       I was admitted to the New York State Bar in 2023, and I am admitted to practice in the Eastern District of New York (11/16/2023) and the Southern District of New York (11/14/2023).

5.       I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

*/s/ Nikol A. Oydanich*
Nikol A. Oydanich

# Exhibit L



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Nikol Ana Oydanich

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 6, 2023,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 1, 2023.

*Clerk of the Court*

CertID-00144779



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# Exhibit M

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>             Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>             Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br>             Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>             Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as<br>20230930-DK-Butterfly-1, Inc., *et al.*,<br>             Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>             Defendants. | **Case No. 2:22-cv-01256-RDP** |

**<u>DECLARATION OF KAITLIN S. PHILLIPS IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*</u>**

I, Kaitlin S. Phillips, hereby declare under penalty of perjury under the laws of the United States of America:

1.      I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2.      I reside in Queens, NY.

3.       I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1556, facsimile number is 212-474-3700, and e-mail address is kphillips@cravath.com.

4.       I was admitted to the New York State Bar in 2022, and I am admitted to practice in the Eastern District of New York (12/12/2022) and the Southern District of New York (12/6/2022).

5.       I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

*/s/ Kaitlin S. Phillips*
Kaitlin S. Phillips

# Exhibit N



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, *Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Kaitlin Sarah Phillips

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **May 26, 2022,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 16, 2024.*

*Acting Clerk of the Court*

*CertID-00160963*



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
ACTING CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023

# Exhibit O

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>            Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>            Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>            Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF ELIZABETH S. ROZBRUCH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth S. Rozbruch, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2. I reside in New York, NY.

3.      I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1942, facsimile number is 212-474-3700, and e-mail address is lrozbruch@cravath.com.

4.      I was admitted to the New York State Bar in 2023, and I am admitted to practice in the Southern District of New York (8/1/2023).

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2024

/s/ Elizabeth S. Rozbruch
Elizabeth S. Rozbruch

# Exhibit P



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Elizabeth Sarah Rozbruch

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 27, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 20, 2024.

*Clerk of the Court*

CertID-00161295

 **Supreme Court of the State of New York**
**Appellate Division, First Department**

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# Exhibit Q

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> Anthem, Inc., *et al.*, <br><br>        Defendants. | **Case No. 2:21-cv-01209-RDP** |
| JetBlue Airways Corporation, *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> Anthem, Inc., *et al.*, <br><br>        Defendants. | **Case No. 2:22-cv-00558-RDP** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc., *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> Anthem, Inc., *et al.*, <br><br>        Defendants. | **Case No. 2:22-cv-01256-RDP** |

## DECLARATION OF JAY S. SCHAEFER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jay S. Schaefer, hereby declare under penalty of perjury under the laws of the United States of America:

1.    I am over the age of eighteen years, understand the meaning and obligations of an oath, and am fully competent to testify to the matters set forth in this declaration.

2.    I reside in New York, NY.

3.      I am associated with the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1936, facsimile number is 212-474-3700, and e-mail address is jschaefer@cravath.com.

4.      I was admitted to the New York State Bar in 2022, and I am admitted to practice in the Southern District of New York (3/5/2024) and the Sixth Circuit Court of Appeals (7/19/2022).

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


Dated:  March 18, 2024


                                        /s/ Jay S. Schaefer
                                        Jay S. Schaefer

# Exhibit R



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jay Samuel Schaefer

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 28, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 16, 2024.

*Clerk of the Court*

CertID-00160967



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022