IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Alaska Air Group, Inc.,** *et al.*, <br>         **Plaintiffs,** <br> v. <br> **Anthem, Inc.,** *et al.*, <br>         **Defendants.** | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation,** *et al.*, <br>         **Plaintiffs,** <br> v. <br> **Anthem, Inc.,** *et al.*, <br>        **Defendants.** | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc.,** *et al.*, <br>         **Plaintiffs,** <br> v. <br> **Anthem, Inc.,** *et al.*, <br>        **Defendants.** | **No. 2:22-cv-01256-RDP** |

### SECOND AMENDED SCHEDULING ORDER

This matter is before the court on the parties' Joint Motion to Amend the Scheduling Order. (Case No. 2:21-cv-01209-RDP, Doc. # 501; Case No. 2:22-cv-00558-RDP, Doc. # 430; Case No. 2:22-cv-01256-RDP, Doc. # 410). For good cause shown, the Motion (Case No. 2:21-cv-01209-RDP, Doc. # 501; Case No. 2:22-cv-00558-RDP, Doc. # 430; Case No. 2:22-cv-01256-RDP, Doc. # 410) is **GRANTED**.

The June 4, 2024 Amended Scheduling Order is further **AMENDED** as follows:

| Filings | Existing Date | New Date |
|---|---|---|
| Close of Fact Discovery | December 19, 2024[1] | June 6, 2025[2] |
| Plaintiff Expert Reports | February 13, 2025 | August 7, 2025 |
| Defendant Expert Reports | April 24, 2025 | October 24, 2025 |
| Plaintiff Expert Rebuttal/Reply Reports | June 18, 2025 | December 19, 2025 |
| Close of Expert Discovery | August 13, 2025 | March 6, 2026 |
| *Daubert* Motions[3] | September 15, 2025 | April 8, 2026 |
| *Daubert* Oppositions | November 21, 2025 | June 15, 2026 |
| *Daubert* Replies | December 22, 2025 | July 15, 2026 |
| Dispositive Motions | December 22, 2025 | April 15, 2026 |
| Dispositive Oppositions | February 22, 2026 | July 15, 2026 |
| Dispositive Replies | April 22, 2026 | August 26, 2026 |

---

[1] The Parties wish to maintain December 19, 2024 as the deadline for written fact discovery requests and completing most document discovery. This deadline for written fact discovery requests and completion of document discovery shall not apply to: (1) completion of existing and timely-served third party document discovery (and the Parties shall not serve additional third party document subpoenas absent consent of the Parties or good cause); (2) responses and objections (including supplemental responses and objections) to previously served written discovery requests; or (3) the pursuit or resolution of disputes related to written or document discovery. Pursuant to additional agreements of the Parties, the Parties agree that remaining structured financial data productions, limited document productions, and/or privilege logs may trail the December 19, 2024 deadline.

[2] 2 To meet this deadline, the Parties intend to complete the meet and confer process on the Parties' respective Rule 30(b)(6) deposition notices by February 14, 2025, by which time they shall have either resolved their objections or submitted them for resolution. The Parties also agree to use good faith efforts to pace depositions during the time available.

[3] Deadlines for *Daubert* and dispositive motions do not preclude the Parties from filing motions earlier than these deadlines, in which case responses and replies thereto shall be due the same number of days after filing as if the motion were filed on the deadline. By agreeing on this schedule, neither side is waiving its position with respect to potential early summary judgment motions, which the court is considering separately.

**DONE** and **ORDERED** this December 27, 2024.

                                            **R. DAVID PROCTOR**
                                            CHIEF U.S. DISTRICT JUDGE