# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Alaska Air Group, Inc.,** *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>**Anthem, Inc.,** *et al.*,<br>　　　　　Defendants. | No. 2:21-cv-01209-RDP |
| **JetBlue Airways Corporation,** *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>**Anthem, Inc.,** *et al.*,<br>　　　　　Defendants. | No. 2:22-cv-00558-RDP |
| **Bed Bath & Beyond Inc.,** *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>**Anthem, Inc.,** *et al.*,<br>　　　　　Defendants. | No. 2:22-cv-01256-RDP |

## ORDER

These cases had their origins in *In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*. Plaintiffs opted out of the Subscriber Settlement in that MDL and the cases have been informally coordinated for pretrial proceedings. In light of the United States Judicial Panel on Multidistrict Litigation's December 30, 2026 Order Reassigning Litigation (MDL 2406, Doc. # 1016) reassigning MDL 2406 to the Honorable Anna M. Manasco for centralized pretrial

proceedings pursuant to 28 U.S.C. § 1407, the Clerk of Court is **DIRECTED** to **REASSIGN** these cases to Judge Anna Manasco.

    **DONE** and **ORDERED** this January 6, 2026.

                                                      **R. DAVID PROCTOR**
                                                      SENIOR U.S. DISTRICT JUDGE